**Order filed, January 11, 2013.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-01053-CV
_____

**RUSSELL EVANS AND TERRIE EVANS, Appellant**

**V.**

**CASEY DAVIS AND HAPPY HIDE-A-WAY CIVIC CLUB, INC., Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-38387**

## ORDER

The reporter's record in this case was due **December 12, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Carolyn Ruiz Coronado**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM